UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

RECEIVED
2008 AUG 18 PM 4: 04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RECEIVED
AUG 1 3 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

August 5, 2008

Office of the Clerk
John H. Wood, Jr. United States Courthouse
655 East Durango Boulevard,
San Antonio, TX 78206-1198

SA08CR563

Case Number: **CR-03-20057-01-RMW** (Your Case#                    )

Case Title:   United States -v-   **William C. Shea**

Dear Clerk:

Pursuant to order transferring the jurisdiction of probation in the above-captioned case, transmitted herewith are certified copies of:

1. Indictment/Information

2. Transferral Order

3. Judgment

4. Docket Sheets

FILED
AUG 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Please acknowledge receipt of the above document on the copy of this form.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _____
     Cita F. Escalano
     Case Systems Administrator

(enclosures)

o:\mrg\crim\probtran.mrg